**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES WINGFIELD
ADC #132100                                                                                          PETITIONER

VS.                                        5:06CV00004 JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                              RESPONDENT

## JUDGMENT

Consistent with the Memorandum Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 28th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE